IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00008-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHANNING WILSON,

      Defendant.

---

**ORDER**

---

This matter comes before the Court on the Notice Regarding Compliance [Docket No. 15] in which the United States informs the Court that respondent has complied with the administrative summons and the Court's Order enforcing the summons and states that "the Court may close this action."

The Court construes the Notice [Docket No. 15] as a motion to dismiss and grants the motion.  This case is dismissed.

DATED April 4, 2014.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge